Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Jodi Graesser
(Name of Plaintiff or Petitioner)

v.

Sharon LoVacuo et al
(Name of Defendant(s) or Respondent(s))

FILED
APR 27 2022
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION**
_____-CV-_____

22 CV 0320-V

I, Jodi Graesser, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

I further declare that the responses which I have made in this affirmation below are true.

1. Are you presently employed? Yes ☐ No ☒
   My Employer's Name and Address is: _____

   My **Gross** Monthly Wages are: $_____
   If you are not presently employed, state
   Your Last Date of Employment: 2007
   Your Gross Monthly Wages at that time: unable to recall
   Is your spouse presently employed? Yes ☐ No ☐
   My Spouse's Employer's Name and Address is: _____

   My Spouse's **Gross** Monthly Wages are $_____

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes ☐ No ☒
      If yes, state **source** and **amount received** per month $_____
   b. Rent payments, interest or dividends? Yes ☐ No ☒
      If yes, state **source** and **amount received** per month $_____
   c. Pensions, annuities, disability, or life insurance payments? Yes ☐ No ☒
      If yes, state **source** and **amount received** per month $_____
   d. Gifts or inheritances? Yes ☐ No ☒
      If yes, state **source** and **amount** received per month $_____
   e. Child Support? Yes ☐ No ☒
      If yes, state **amount received** each month $_____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ☒ No ☐
      If yes, state **source** and **amount received** per month $ ~~SSI~~  $841.00
   g. Friends, Relatives or any other source? Yes ☐ No ☒
      If yes, state **source** and **amount received** per month $_____
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   _____

3. What is your total gross monthly income today: $ 841 —
4. How much **cash** do you have on hand? $ none

5. How much money do you have in a **checking account**(s)? $ 13 -

6. How much money do you have in a **savings account**(s)? $ 0

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE**: prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): ____

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☒
   If so, **describe** the property in detail and give an **estimated value** of the property: ____

   If you own property, are you paying off a **loan** or **mortgage** on it? Yes ☐ No ☒
   If yes where are you obtaining the money to make such payments: ____

9. If you are not an inmate, state your **total monthly household expenses**:
   Rent or mortgage $ 411 *   Food $ 100   Utilities $ 126   All other expenses $ ____
   If your monthly expenses exceed the amount of income you listed in #3 above, please explain how you are paying your expenses
   * Hud Housing

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: Laurie Graesser - $318
    Guy Newman - 0 unemployed/fiancee

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: [redacted], Son, State Child Support $25-/mo
    LF

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ☐ No ☒
    If the answer is yes, please include the court and date of filing ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on April 27th 2022
          (Date)                              (Applicant's Signature)

---

## PRISON CERTIFICATION SECTION
(Required for Prisoner Requests Only; Prisoner Requests **Must** Have This Section Completed By Prison Official)

**I certify** that the movant has the sum of $ ____ on account to his/her credit at the ____ Correctional Facility where s/he is currently confined.
**I further certify** that the movant has the following securities to his/her credit according to the institution's records: ____

**I further certify** that the movant's average account balance was $ ____ during the last six months.

Signature of Authorized Officer of Institution

Print Name of Authorized Officer of Institution