UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 05/01 WDNY

__Jodi I. Graesser__
                    Plaintiff,

*FILED JUN - 7 2022 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

1:22-CV-320-LJV

v

APPLICATION FOR APPOINTMENT OF COUNSEL

__Sharon M. Lavalla, et al.__
                    Defendant(s).

My name is __Jodi Graesser__ and I am the plaintiff in the above action. I hereby apply to the Court for appointment of counsel to represent me in this action. In support of this application, I ask the court to consider the following information:

1. My case concerns the following issue(s) (briefly summarize your case): __I am suing the following individual(s) because of discrimination and numerous violations of my ADA rights.__

2(a). I am unable to retain an attorney to represent me because I do not have the funds to do so.

2(b). **[Fill this in if true]** I have applied for leave to proceed *in forma pauperis*. My motion to proceed as a poor person was filed on __05/06/22__

2(c). **[Fill this in if true]** By Court Order filed on __05/06/22__, I was granted leave to proceed as a poor person pursuant to 28 U.S.C. § 1915.

3(a). I have attempted to find my own attorney but have been unable to do so because __I am disabled and live on a fixed income of one check a month (SSI). I can neither afford an attorney nor pay the retainer.__

3(b). I have discussed my case with the following attorneys (include attorney's name and telephone number, and attach any correspondence which indicates that an attorney has declined to represent you): __Jeffrey Harrington (716) 870-4398 by phone consultation. Josh Douglas (518) 789-3636 by phone consultation.__

4. I believe that the following circumstances demonstrate why the Court should grant my request for an appointed attorney: __I am disabled with a learning disability and PTSD. I have comprehension difficulties and live on a limited income from SSI.__

WHEREFORE, plaintiff asks this Court to appoint an attorney to represent plaintiff in this action.

**I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.**

__6/6/2022__
DATE

__Jodi Graesser__ (signature)
SIGNATURE

Jodi Graesser
109 North Buffalo St Apt 7
Springville, NY 14141

US District Court
2 Niagara Square
Buffalo, NY 14202

USDC - WDNY
JUN - 7 2022
BUFFALO



JUN 06, 22
AMOUNT
$15.75

7020 0640 0001 5537 4525

22-CV-320

**PRIORITY MAIL**



FROM:
Jodi Graesser
109 North Buffalo St 9
Springville, NY 14141

USDC - WDNY
JUN - 7 2022
BUFFALO

TO: US District Court
2 Niagara Square
Buffalo, N.Y. 14202

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE